AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAY 3 0 2019

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Angel Figueroa<br>YOB: 1992<br>Citizenship: Honduras<br><br>*Defendant(s)* | Case No. M-19-1244-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 30, 2019__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Knowingly and Intentionally Possess with Intent to Distribute a Controlled Substance, that is Approximately 1.10 Kilograms of Heroin, a Schedule I Controlled Substance Under the Controlled Substances Act |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by Robert Guerra AUSA

Sworn to before me and signed in my presence.

_Complainant's signature_
Raul Campos, TFO DEA
_Printed name and title_

Date: 05/30/2019  4:18 pm

_Judge's signature_

City and state: McAllen, Texas

Magistrate Judge Peter Ormsby
_Printed name and title_

## **ATTACHMENT A**

On or about May 30, 2019, at approximately 1:13 A.M., U.S. Border Patrol (USBP) agents conducting line watch duties near La Grulla, Texas, were notified that two (2) Hispanic males, later identified as Angel FIGUEROA-Mungia and Henry MORAZAN-Suaso, were captured on surveillance cameras attempting to travel north away from the Rio Grande River. USBP agents established surveillance in that area of Artecitas Wildlife refuge east, and observed FIGUEROA-Mungia and MORAZAN-Suaso traveling through the brush in an attempt to conceal themselves from natural walking paths. USBP agents approached and attempted to make contact with FIGUEROA-Mungia and MORAZAN-Suaso. At that time, FIGUEROA-Mungia was apprehended and MORAZAN-Suaso attempted to flee from USBP agents. USBP agents requested a USBP K9, and subsequently located and apprehended MORAZAN-Suaso approximately two hundred (200) yards away from where he initially made contact with USBP agents. During a post-arrest search of FIGUEROA-Mungia, USBP agents discovered a body wrap around FIGUEROA-Mungia's torso that contained three (3) bundles of a powdery substance wrapped in brown tape, weighing approximately 1.10 kilograms. A field test of the powdery substance tested positive for heroin.

USBP agents transported FIGUEROA-Mungia, MORAZAN-Suaso, and the suspected heroing to the USBP Rio Grande City station, and contacted DEA agents to conduct an interview. DEA agents responded to the USBP station, and conducted a post-arrest interview of FIGUEROA-Mungia. After being advised of his Miranda rights, which he agreed to waive, FIGUEROA-Mungia stated to agents that because he could not pay the fee to cross illegally from Mexico to the United States, he agreed to transport narcotics for an unidentified individual. FIGUEROA-Mungia stated he was aware that he would be transporting narcotics into the United States, but did not know specifically which type of narcotic he would be transporting. Following the interview, FIGUEROA-Mungia was taken into custody by DEA agents for prosecution.